UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TOMMY MURAKOSHI, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. CV 17-06776 JFW(SSx)<br><br>**ORDER ACCEPTING THE PARTIES' STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677 AND DISMISSING THE CASE WITH PREJUDICE**<br><br>Honorable John F. Walter |

Upon consideration of the Stipulation for Compromise Settlement and Release (the "Stipulation") filed by Plaintiff Tommy Murakoshi ("Plaintiff") and Defendant United States of America ("Defendant"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved;
2. Each party shall bear its own fees, costs, and expenses; and
3. The above-captioned action is dismissed with prejudice.

Dated: February 7, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　United States District Judge

1